8848. ATLANTIC COAST LINE RAILROAD COMPANY *v.* FIVEASH.

LUKE, J. The charge of the court, when considered as a whole, was not subject to the criticisms urged; and there being some evidence to authorize the verdict, the court did not err in overruling the motion for a new trial.

> *Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
> DECIDED NOVEMBER 16, 1917.

Appeal; from Clinch superior court—Judge Summerall. April 28, 1917.

*R. G. Dickerson, Wilson & Bennett,* for plaintiff in error.

*W. T. Dickerson,* contra.